UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| KEVIN PRZEMYSLAW PAWLIK<br>BOP #10028-023 | * | CIVIL ACTION NO. 2:14-cv-3547<br>SECTION P |
| v. | * | JUDGE MINALDI |
| BARBARA MOOREHEAD, ET AL. | * | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation (Rec. Doc. 10) of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that Pawlik's complaint is **DENIED AND DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim upon which relief can be granted.

Lake Charles, Louisiana, this 3 day of _____, 2016

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE